CHARLES L. DONOUGHE, Respondent, *v.* PSATY & FUHRMAN, INC.. et al., Appellants, et al., Defendants.

Argued April 13, 1954; decided May 27, 1954.

*David Haar* and *Ben B. Lifflander* for Donis, Goldman & Ruff, Inc., appellant.

*James M. Gilleran* and *William G. Walsh* for Psaty & Fuhrman, Inc., appellant.

*Robert E. Connolley* and *Gerald F. Finley* for respondent.

Order affirmed, with costs. All questions certified answered in the affirmative, except question No. 2 as to defendant Donis, Goldman & Ruff, Inc., which is answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.